COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER WITHDRAWING MEDIATION ORDER

Appellate case name:     Eddie Medina, Jr. v. Gloria Tate d/b/a Humble Family Skate Center
                         and Humble Family Skate Center, Inc.

Appellate case number:   01-12-00496-CV

Date motion filed:       October 5, 2012

Type of Motion:          Objection to Mediation

Party filing motion:     Appellee

Trial court case number: 1171097

Trial court:             270th District Court of Harris County


It is **ORDERED** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated September 25, 2012.


Judge's signature:    /s/ Sherry Radack
                          x  Acting individually


Date: October 17, 2012


Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).